FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 OCT -3  PM 4: 24

LORETTA G. WHYTE
        CLERK

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTHONY PERKINS** | CIVIL ACTION |
| | NO. 05-4507 |
| **VERSUS** | |
| **WAFFLE HOUSE** | SEC.    MAG. 3 |

## COMPLAINT ALLEGING JOB DISCRIMINATION

The complaint of **Anthony Perkins**, who is a member of the African-American race and a resident of lawful age and domiciled in the Parish of Tangipahoa, State of Louisiana, respectfully represents that:

1.

Defendant, **Waffle House**, is believed to be a Georgia Corporation authorized and doing business in Hammond, Louisiana, at municipal address 2101 Southwest Railroad Avenue, Hammond, Louisiana 70403.

2.

This Court has jurisdiction over this matter pursuant to 28 U.S.C.A. 1331. This civil action arises under Title VII of the Civil Rights Act of 1964 (42 U.S.C.A 2000e) and the Civil Rights Act of 1866 (42 U.S.C.A 1981). Additionally, this Court has pendent jurisdiction over any claim involved herein arising under the laws of the State of Louisiana.

3.

In February 2005 plaintiff, **Anthony Perkins** was employed by defendant, **Waffle House,** at its business establishment in Hammond, Louisiana. Also on that date defendant's duly authorized agent wrongfully discharged plaintiff from his employment.

Fee 250.
Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

4.

Plaintiff timely filed a complaint with the Equal Employment Opportunity Commission (EEOC). On June 6, 2005 the EEOC issued plaintiff a "Notice of Right to Sue" letter. On June 7, 2005, plaintiff received the letter.

5.

Plaintiff shows that his job performance always equaled or exceeded what defendant required or expected.

6.

Plaintiff shows that defendant intentionally discriminated against him because of his race by first demoting him and later terminating his employment, and that in doing so defendant acted with malice and/or reckless indifference to plaintiff's federally protected rights.

7.

Plaintiff desires and is entitled to all back pay, front pay, compensatory damages, punitive damages, reasonable attorney's fees and interest.

**WHEREFORE**, plaintiff prays that defendant be served with a copy of this complaint and cited to appear and answer same, and after due proceedings are had there be judgment awarding plaintiff all back pay, front pay, compensatory damages, punitive damages, reasonable attorney's fees and interest.

By Attorney:

Milton Osborne, Jr. #10261
5700 Florida Blvd., Suite 710
Baton Rouge, LA  70806
Telephone: (225) 929-6080
or (225) 687-8381

**PLEASE SERVE:**

1. Waffle House through
   Valencia Porter
   5986 Financial Drive
   Norcross, Georgia 30071

and

2. Jeremy Bermond
   on behalf of Waffle House
   2101 Southwest Railroad Avenue
   Hammond, Louisiana 70403